Copies Mailed/Faxed 2/21/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KATHLEEN HERMAN,
            Plaintiff,

v.

THE MR. COOPER GROUP INC., doing
business as Nationstar Mortgage,
            Defendant.
------------------------------------------------------------x

**ORDER**

22 CV 8952 (VB)

      On February 20, 2023, defendant moved to dismiss the complaint for improper venue under Federal Rule of Civil Procedure 12(b)(3) and for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  (Doc. #9).

      Accordingly, it is hereby ORDERED that:

1.     Plaintiff's opposition to defendant's motion to dismiss is due **March 14, 2023**.  The Court will mail plaintiff a copy of the Motions Guide for Pro Se Litigants, which describes the procedure for a motion to dismiss.  Plaintiff is expected to review the Motions Guide and follow the instructions therein.

2.     Defendant's reply, if any, is due **March 21, 2023**.

      Chambers will mail a copy of this Order, as well as a copy of the Motions Guide, to plaintiff at the address on the docket.

Dated: February 21, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge